IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


ELLA M. ANDERSON, Individually as a wrongful
death heir and on behalf of all the wrongful death
heirs and beneficiaries of Herbert Anderson, Jr., Deceased                    PLAINTIFF


VS.                                                  CIVIL ACTION NO. 5:07cv131DCB-JMR


R. J. REYNOLDS TOBACCO COMPANY and
BROWN & WILLIAMSON TOBACCO CORPORATION                    DEFENDANTS


JUDGMENT OF DISMISSAL


THIS CIVIL ACTION is before the Court on the stipulation of the plaintiff and the

defendants for a dismissal of this action without prejudice.  The Court finds that the stipulation is

well taken and should be granted.

IT IS THEREFORE ordered and adjudged that this action be and hereby is fully and

finally dismissed without prejudice with the parties bearing their respective costs.

SO ORDERED AND ADJUDGED, this the __22nd__ day of October 2008.


                                        /s/David C. Bramlette_____
                                        United States District Judge



AGREED & STIPULATED:

 /s/ Carroll E. Rhodes_____
Attorney for plaintiff


/s/ Lewis W. Bell_____
Attorney for defendants